Daley, J.

Gertrude M. NAATZ v. William L. NAATZ, No. 50-80

February 13, 1980. On January 21, 1980, the Caledonia Superior Court found defendant in wilful contempt for failure to comply with its prior orders, and ordered defendant to pay arrearages in child support and return certain household furnishings by February 7, 1980, or be confined in the correctional center for a period of 15 days. Defendant appealed this order, and his motion to stay pending appeal was heard before the undersigned on February 6, 1980.

After consideration of the motion, accompanied by affidavit, arguments of counsel, and the record, I am not convinced that the defendant has demonstrated such irreparable harm or likelihood of success on appeal as would entitle him to relief under V.R.A.P. 8. *Auclair* v. *Vermont Electric Power Co.*, 132 Vt. 519, 323 A.2d 578 (1974) (per curiam). Motion denied.

Plaintiff's motion for sanctions is also denied.

Daley, J.

STATE of Vermont v. SHOP & SAVE FOOD MARKETS, INC., No. 262-79

February 20, 1980. Motion of Vermont Retail Association for permission to participate in oral argument is denied. Motion of Vermont Retail Grocers Association to file brief amicus curiae is granted.

Daley, J.

Robert J. PALMER v. Martin FITZGERALD, Commissioner, Department of Corrections; and Harry L. Goodsell, Superintendent, St. Johnsbury Correctional Center, No. 47-80

February 20, 1980. There being no bail permissible after arrest upon a Governor's warrant, 13 V.S.A. §§ 4955, 4956; *In re Iverson*, 135 Vt. 255, 376 A.2d 23 (1977) (per curiam); *Allen* v. *Wild*, 249 Iowa 255, 260, 86 N.W.2d 839, 842 (1957) (and cases cited therein), petitioner's motion for release pending appeal is denied.

Daley, J.

David A. RICH v. Denis N. CHADWICK and Industrial Tool Specialist, Inc., No. 230-79

February 22, 1980. Cause remanded with leave to appellant to file a motion in superior court pursuant to V.R.C.P. 60(b), jurisdiction to be retained in this Court.

Billings, J.